

| | **THE CITY OF NEW YORK** | |
|---|---|---|
| **JAMES E. JOHNSON** | **LAW DEPARTMENT** | **STEPHEN M. SUHOVSKY** |
| *Corporation Counsel* | 100 CHURCH STREET | |
| | NEW YORK, NY 10007 | |

> **APPLICATION GRANTED**
> **SO ORDERED**
> **VERNON S. BRODERICK**
> **U.S.D.J.** 11/14/2019
>
> The request to adjourn the trial scheduled for December 2, 2019, is Granted.  Trial is adjourned to February 10, 2020 at 10:00 a.m. The parties are to appear for a pre-trial conference on February 3, 2020 at 10:00 a.m.  The parties are to submit all motions in limine, the proposed voir dire, jury instructions, and jury charges by January 20, 2020.

**BY ECF**
Honorable Vernon S. Broderick
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   <u>Centeno v. City of New York, et al.</u>, 16-CV-2393 (VSB)

Your Honor:

I am a Senior Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney assigned to the defense of the above-referenced case. Defendants write, with the consent of plaintiff's counsel, to respectfully request an adjournment of the trial presently scheduled for December 2, 2019. This is the defendants' first request for an adjournment of the trial in this matter. The parties also jointly and respectfully request that this Court assign a Magistrate Judge that the parties may appear before for a settlement conference.

The defendants respectfully request that the trial be adjourned to a date that is on or about February 3, 2020, or a date thereafter that is amenable to this Court. The parties have engaged in fruitful settlement discussions and believe that an appearance before a Magistrate Judge could help facilitate these discussions further. As such, the parties respectfully request a settlement conference at a date amenable to this Court in December.

Should this Court be inclined to grant the parties' request, we would also respectfully request that the pretrial conference currently scheduled for November 25, 2019 be adjourned to the week before the trial date that this Court would set. The parties would also respectfully request that the motion in limine response and proposed voir dire, jury instructions, and jury charges that are due November 15, 2019, be moved to a week prior to the date this Court sets for its pretrial conference.

Defendants thank the Court for its time and consideration of this request.

2

        Thank you for your consideration herein.

        Respectfully submitted,

        _____
        Stephen M. Suhovsky
        *Senior Counsel*

VIA ECF:
John J. Meehan, Esq.
Law Offices of Jon L. Norinsberg
225 Broadway
New York, NY 10007