UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Nelson Centeno,

                              Plaintiff,

          -against-

City of New York et al,

                              Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __11/21/2019__

1:16-cv-02393 (VSB) (SDA)

ORDER SCHEDULING
SETTLEMENT CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Tuesday, December 17, 2019 at 2:00 p.m. in Courtroom 11C, United States Courthouse, 500 Pearl Street, New York, NY 10007.

The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at http://www.nysd.uscourts.gov/judge/Aaron.

**SO ORDERED.**

DATED:     New York, New York
           November 21, 2019

                                    _____
                                    STEWART D. AARON
                                    United States Magistrate Judge