

THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NEW YORK 10007

**JAMES E. JOHNSON**
*Corporation Counsel*

**STEPHEN M. SUHOVSKY**
*Senior Counsel*
Phone: (212) 356-2371
Fax: (212) 356-3509
ssuhovsk@law.nyc.gov

December 10, 2019

**BY ECF**
Honorable Stewart Aaron
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Application GRANTED. SO ORDERED.
Dated: December 10, 2019

Re: <u>Centeno v. City of New York, et al.</u>, 16-CV-2393 (VSB)

Your Honor:

    I am a Senior Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney assigned to the defense of the above-referenced case. Defendants write, with the consent of plaintiff's counsel, to respectfully request an extension of time to file the parties' ex parte settlement statement. Per your Honor's Individual Rules of Practice, the settlement statements are due Tuesday, December 10. Defendants seek an extension to Thursday, December 12 for defendants and plaintiff to file their respective statements. This is the defendants' first request for such an extension. The reason for defendants' request is that the undersigned is currently on trial in the matter of <u>Hennegan v. City of New York et al</u>, 17-cv-03193, before the Honorable Raymond J. Dearie.

Thank you for your consideration in this matter.

Respectfully submitted,

_____
Stephen M. Suhovsky
*Senior Counsel*

VIA ECF:
John J. Meehan, Esq.
Law Offices of Jon L. Norinsberg
225 Broadway
New York, NY 10007