UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                       :
NELSON CENTENO,                                        :
                                                       :
                              Plaintiff,               :
                                                       :          16-CV-2393 (VSB)
              -against-                                :
                                                       :              **ORDER**
THE CITY OF NEW YORK, et al.,                          :
                                                       :
                              Defendants.              :
                                                       :
-------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

    I am in receipt of Plaintiff's letter for an adjournment of the trial scheduled to begin on February 10, 2020. The parties are directed to appear for a phone conference on Friday January 17, 2020, at 11:30 a.m. to discuss trial dates. Counsel for Plaintiff is directed to provide a dial-in by Thursday January 16, 2020.

SO ORDERED.

Dated: January 15, 2020
       New York, New York

*[signature]*
Vernon S. Broderick
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/15/2020