```
UNITED STATES DISTRICT COURT                              USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                             DOCUMENT
------------------------------------------------------------X         ELECTRONICALLY FILED
                                                          DOC #:_____
NELSON CENTENO,                                           DATE FILED: 2/12/2020

                        Plaintiff,
                                                          16-cv-2393 (LJL)
        -v-
                                                          ORDER
CITY OF NEW YORK, ET AL.,

                        Defendants.
------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

The Court has been informed that the parties have reached a settlement in this case (Dkt. No. 95). Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences and deadlines, including the trial previously set to begin on March 9, 2020, are CANCELLED.

Dated: February 12, 2020  
      New York, New York  
                                                  LEWIS J. LIMAN  
                                                  United States District Judge